UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENAE WRIGHT**                                                                                          **PLAINTIFF**

**v.**                                  **CASE NO. 4:10cv00755 BSM**

**CITY OF NORTH LITTLE ROCK, ARKANSAS**                          **DEFENDANT**

**ORDER**

Defendant City of North Little Rock, Arkansas ("North Little Rock") moves to compel plaintiff Denae Wright ("Wright") to provide responses to its first set of interrogatories and first set of requests for production of documents. [Doc. No. 10]. Wright has not responded. For good cause shown, the motion is granted.

North Little Rock propounded its first set of interrogatories and first set of requests for production to Wright on October 14, 2010, and Wright had thirty days to respond. To date, she has failed to provide any responses. Accordingly, North Little Rock's motion is granted, and Wright is directed to provide responses to the first set of interrogatories and first set of requests for production within thirty days of the date of this order. Failure to do so may result in the dismissal of her case. North Little Rock is awarded its costs associated with the filing of its motion, and is directed to file a fee petition forthwith.

IT IS SO ORDERED this 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE