UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENAE WRIGHT**                                                                                    **PLAINTIFF**

**v.**                     **CASE NO. 4:10cv00755 BSM**

**CITY OF NORTH LITTLE ROCK, ARKANSAS**                      **DEFENDANT**

**ORDER**

Plaintiff Denae Wright moves for the voluntary dismissal of her case under Federal Rule of Civil Procedure 41. [Doc. No. 14]. The motion is granted and her case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE